United States District Court
Western District Court

FILED

OCT 5 2016

UNITED STATES DISTRICT COURT
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Shawn Woodward
                    plaintiff

        v.

Muslim Chaplin Afify, et al
                    defendants

Motion for Subpoena
Duces Tecum
        14-CV-856
        RJA-JJM

Plaintiff Shawn Woodward makes this Motion for Subpoena Duces Tecum on the following non-party members as follows:

1) Defense Counsel for Defendant Sewalt in <u>Hutchinson v. West, et al</u>, 04-CV-135 (WDNY 2004) to allow Plaintiff to inspect, review and copy any Interrogatory responses from Defendant Sewalt; the initial or amended complaint against Defendant Sewalt; any misbehavior reports ("MBRs") issued against Plaintiff Hutchinson by Defendant Sewalt; any Unusual Incident Reports ("UIR") involving any Use of Force on Plaintiff Hutchinson by Defendant Sewalt; any grievances and/or letters of complaints wrote by Plaintiff Hutchinson against Defendant Sewalt; any documents related to any suspensions, demotions, disciplinary actions, administrative actions or labor hearings against Defendant Sewalt that was

provided to Plaintiff Hutchinson.

2.) Defense Counsel for Defendant Sewalt in <u>Robinson v. Fisher, et al, 07-CV-402 (WDNY 2007)</u> allow Plaintiff to review, inspect and copy Interrogatory responses from Defendant Sewalt; the UIRs involving the Use of force on Plaintiff Robinson by Defendant Sewalt; any MBRs issued by Defendant Sewalt against Plaintiff Robinson; any grievances and letters of complaint wrote against Defendant Sewalt by Plaintiff Robinson; any documents related to any suspensions, administrative leave, disciplinary actions, and/or transcripts / testimony of Defendant Sewalt's labor arbitration hearing, regarding Plaintiff Robinson.

3.) Defense Counsel for Defendant Sewalt and Plaintiff Counsel for Plaintiff Pattiasina in <u>Pattiasina v. Sewalt, et al, 12-CV-6170 (WDNY 2012)</u> allow Plaintiff to review, inspect and copy any Interrogatory responses from Defendant Sewalt; any transcripts from a deposition conducted on Defendant Sewalt; the UIRs involving the Use of Force on Plaintiff Pattiasina; any MBRs issued against Plaintiff Pattiasina stemming from the incident with Defendant Sewalt and others alleged in Plaintiff Pattiasina's § 1983 claim; any grievances and/or letters of complaint filed against Defendant Sewalt by Plaintiff Pattiasina; any suspension, administrative actions, disciplinary actions and/or transcripts/testimony of Defendant Sewalt's labor arbitration hearing regarding Plaintiff Pattiasina.

4.) Defense Counsel for Defendant (Doees) Afify and Plaintiff Counsel for Plaintiffs Peoples, et al in <u>Peoples, et al v. Fisher, et al, 13-CV-6113(WD-NY 2013)</u> allow Plaintiff to review, inspect and copy any transcripts of a deposition conducted on Defendant Afify; any <u>orders</u> to any DOCCS' employees commanding them to allow Shi'ite Muslims at Elmira Corr Fac to participate in the fasting of Ramadan with the Nation of Islaam members due to alleged biasness of Defendant Afify towards Shi'ite Muslims such orders being issued by the Western District Court in 2013, 2014, 2015 or 2016;

5.) Acting Commissioner Anthony J. Annucci of DOCCS allow Plaintiff to review, inspect and copy any grievances and /or letters of complaints filed against Defendants Sewalt and /or Afify by other employees of DOCCS; the responses to those grievances and /or letters of complaint from Defendants Sewalt and /or Afify; the To/From, report, memorandum and/or administrative recommendation from Elmira Corr Fac's Deputy Superintendent of Program Hinderson and /or Superintendent Burge regarding the incident alleged in Plaintiff Robinson regarding Defendant Sewalt and non-party members Knuth and Kramer in 2006 see, <u>Robinson v. Fisher, et al, supra.</u>

p. 4 of 4

Conclusion:

6.) That this Court direct the United States Marshal Service to perform the service of serving the subpoenas by Certified Mail on the above listed non-party members, without payment from Plaintiff, see, Verhow v. Hess, 13-CV-00012, 2014 WL 297342 at 1 (W.D.N.Y 1-27-14) (McCarthy, M.J) quoting the Western District Court's Pro Se Litigation Guide-lines, p. 20 (revised August 2013); Smith v. Benson, 2011 WL 839736 at 1 (WDNY 2001) (Schroeder, M.J).

October 3, 2016

Shawn Woodward 00A6563
Orleans Corr Fac
3531 Gaines Basin Rd
Albion, NY 14411

October 3, 2016

Shawn Woodward 00A6563
Orleans Corr Fac
3531 Gaines Basin Rd
Albion, NY 14411

Clerk of the Court
Western District Court
2 Niagara Square
Buffalo, NY 14202

RE: Woodward v. Afify, et al, 14-cv-856

Dear Clerk,

Enclosed for filing is a Motion for a Subpoena (4 pages) and Motion to Compel Documents and Interrogatory Responses (22 pages) with attachments.

Shawn Woodward



**ORLEANS CORRECTIONAL FACILITY**
3531 Gaines Basin Road
Albion, New York 14411-9199

NAME: Shawn Woodward    DIN: 00A6563

Clerk of the Court
Western District Court
2 Niagara Square
Buffalo, NY 14202