UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHAWN WOODWARD,

                       Plaintiff,

      v.                             **DECISION AND ORDER**
                                        14-CV-856-A

AFIFY, et al.,

                       Defendants.

---

This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On July 31, 2017, Magistrate Judge Roemer filed a Report and Recommendation (Dkt. No. 113) recommending that Plaintiff Woodward's motion for summary judgment pursuant to Fed. R. Civ. P. 56 (Dkt. No. 64) be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and no objections to the Report and Recommendation having been timely filed, it is hereby

**ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Roemer's Report and Recommendation, Plaintiff Woodward's motion for summary judgment (Dkt. No. 10) is denied.

**IT IS SO ORDERED.**

                                       *Richard J. Arcara*
                                    HONORABLE RICHARD J. ARCARA
                                    UNITED STATES DISTRICT COURT

Dated:   January 16, 2018